MAYS & KERR LLC

229 PEACHTREE STREET NE
INTERNATIONAL TOWER | SUITE 950
ATLANTA, GEORGIA 30303
TEL 404 410 7998 – FAX 404 855 4066

## CONTRACT FOR LEGAL SERVICES

1. **Scope of this Matter**. The Client, TODD CHENEY, (referred to as "you"), and the law firm of MAYS & KERR LLC, and/or any associated attorneys (referred to as "we" or "us"), agree that we will represent you in your wage and hour claims against your employer and/or any related companies.

2. **Fee Agreement and Costs of Litigation**. As compensation for our services, our fee will be the greater of either: (a) 40% of any and all sums recovered by way of settlement prior to instituting a lawsuit, by way of settlement after a lawsuit has been instituted, or as a result of trial; or (b) the full amount our actual hourly fees as awarded by a decision maker in the case. In the event that this case is appealed, our fee will be the greater of either: (a) 43% by way of settlement after a lawsuit has been instituted or as a result of trial; or (b) the full amount the Firm's actual hourly fees as awarded by a decision maker in the case. You shall be responsible for all costs and expenses related to litigation. Advanced expenses will be repaid to us from your share of the proceeds per Georgia ethics rules.

3. **Settlement**. We agree to make no settlement in this Matter without your approval. In the event a settlement proposal is made to you with our affirmative recommendation, and any such settlement is rejected by you, we shall have the right to withdraw. By signing this agreement, you authorize us to act as your exclusive representative with respect to settlement negotiations. You agree that you will not settle your claim without our knowledge or enter into independent settlement negotiations with your employer. We reserve the right to withdraw if you negotiate or settle without our knowledge.

4. **Termination.** If you dismiss us or give us cause to withdraw, we shall have the right to recover from you any advanced expenses, and the right to file a lien on any recovery or to collect directly from you reasonable fees for services rendered at an hourly rate of $200/hour.

5. **Consent to Cloud Data Storage**. You agree to our storage of client files on secure third-party external Internet servers.

6. **Whole Agreement**. This agreement constitutes the entire agreement between the parties. No waiver, consent, modification or change of terms of this agreement shall bind either party unless in writing and signed by both parties. You, by virtue of your signature below, hereby acknowledge that you have read this Contract, understand it, and agree to be bound by its terms and conditions.

7. **Client Communication**. It is essential for us to be able to reach you by telephone and/or email in a very short timeframe throughout the time of our representation. Accordingly, you promise to notify us immediately if you change phone numbers, schedule vacations, or move to another state. If we are unable to reach you, our ability to win your case will be undermined, and we will have the right to withdraw.

Date: _____

/s/ Jeff Kerr

_____          _____
TODD CHENEY                      MAYS & KERR LLC



Thomas Kerr <thomas@thomaskerrlaw.com>

## FLSA Contract

**t_cheney@bellsouth.net** <t_cheney@bellsouth.net>  
To: Jeff Kerr <jeff@maysandkerr.com>

Thu, Jan 19, 2012 at 10:21 AM

Jeff, I do accept the terms of the contract for the FLSA agreement.



Any Questions Call

Todd

---

**From:** Jeff Kerr <jeff@maysandkerr.com>  
**To:** Todd Cheney <t_cheney@bellsouth.net>  
**Sent:** Wed, January 18, 2012 3:00:40 PM  
**Subject:** FLSA Contract

You can just write back, saying "I accept the terms of the contract you just emailed me."