

**FILED IN CHAMBERS**
**U.S.D.C. - Rome**
MAY 30 2012
JAMES N. HATTEN, Clerk
    /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TODD CHENEY AND ANTHONY BOTTITA ) ) ) Plaintiffs, ) ) v. ) ) BALFOUR BEATTY ) COMMUNITIES, LLC, ) ) Defendant. ) | CIVIL ACTION FILE NO. 1:12-cv-00396-RLV |

### ORDER DISMISSING COMPLAINT WITH PREJUDICE

Plaintiffs Todd Cheney and Anthony Bottita and Defendant Balfour Beatty Communities, LLC filed a Joint Motion for Approval of Settlement Agreements.

Having reviewed the settlement agreements, this Court finds that they are reasonable settlements of the Plaintiffs' claims under the Fair Labor Standards Act.

The Parties' Motion is, therefore, **GRANTED**.

IT IS HEREBY ORDERED that the settlement agreements are approved and this action is dismissed WITH PREJUDICE, except that the Court expressly retains jurisdiction to enforce the settlement. *See Kokkonen v. Guardian Life Ins.*

*Co. of America*, 511 U.S. 375, 114 S.Ct. 1673 (1994). The parties shall bear their own costs.

**SO ORDERED** this the 30th day of MAY, 2011.

/s/ Robert L. Vining, Jr.
ROBERT L. VINING, JR.
UNITED STATES DISTRICT JUDGE

2